Not For Publication

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | CASE NO. | 11-30151(JBR) |
| ANDREW JOHN JULIAN, | CHAPTER | 7 |
| DEBTOR. | | |
| RONALD I. CHORCHES, TRUSTEE, | ADV. PRO. NO. | 12-3077 |
| PLAINTIFF, | ECF NOS. | 18, 31 |
| vs. | | |
| FIFTY SPOT ASSOCIATION, LLC, BALLINA PROPERTIES, LLC, DAVID D'ADDARIO and PARK VIEW VENTURES, LLC, | | |
| DEFENDANTS. | | |

## APPEARANCES

Ronald I. Chorches, Esq.  
Joanna M. Kornafel, Esq.  
Law Offices of Ronald I. Chorches  
449 Silas Deane Highway, 2nd Floor  
Wethersfield, CT 06109
  Counsel for the Plaintiff

Thomas J. Farrell, Esq.  
Hinckley Allen and Snyder LLP  
20 Church Street  
Hartford, CT 06103
  Counsel for Defendants Fifty Spot Association, LLC, Ballina Properties, LLC and David D'Addario

Ellery E. Plotkin, Esq.  
777 Summer Street, 2nd Floor  
Stamford, CT 06901
  Counsel for Defendant Park View Ventures, LLC

Peter L. Ressler, Esq.  Counsel for the Debtor and Debtor-in-Possession
Groob Ressler & Mulqueen
123 York Street, Suite 1B
New Haven, CT  06511-0001

## **MEMORANDUM AND ORDER**

Joel B. Rosenthal, United States Bankruptcy Judge

This matter came before me on Defendants' (Ballina Properties, LLC, David D'Addario and Fifty Spot Association) Motion to Dismiss Counts 1 - 6 of this Adversary and the Objection by the Trustee.

The Court heard oral argument and has reviewed the Amended Complaint as well as the briefs of the parties.

The Court is cognizant of the pleading standards, however, in the bankruptcy context, the so called "disclaimer" "upon information and belief" must often be accepted from a Trustee, as rarely will a Trustee have the first hand personal knowledge that a transaction party would have. Further, when dealing with alleged "insiders", the Trustee is entitled to at least the presumption that the facts of the Complaint are true for purposes of the Motion to Dismiss.

Although the Trustee may not be able to prove the allegations of each Count, at this point in the proceedings, the Court, accepting all factual allegations as true and drawing reasonable inferences in Plaintiff's favor, cannot find the Amended Complaint deficient.

The Motion to Dismiss is **DENIED** and the Trustee's Objection is **SUSTAINED**.

Defendants are ordered to file their answers by June 30, 2013.

It is **SO ORDERED.**

BY THE COURT

Dated: June 12, 2013

_____
Joel B. Rosenthal
United States Bankruptcy Judge